State of Florida, *ex rel.* C. J. Root, Realtor, v. County of Washington, Florida, *et al.,* Respondents.

Alternative writ of mandamus dismissed on motion of counsel for the respective parties.

*Jennings & Watts*, for Relator.

*Reeves Bowman*, for Respondent.